|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT | |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,  )  No. 2:08-cr-148 FCD
                           )  [~~PROPOSED~~] ORDER
            Plaintiff,     )
     v.                    )
                           )
REGINALD WILSON,           )
                           )
            Defendant.     )
_____)

The request for temporary release from custody to permit Mr. Wilson to attend the funeral of his grandmother on April 12, 2008, subject to the arrangements set forth in the attached motion, is hereby GRANTED.

IT IS HEREBY, ORDERED, that the Sacramento County Jail release Mr. Reginald Wilson at 8:00 a.m. on Saturday, April 12, 2008 at 8:00 a.m., it is further;

ORDERED, that Ms. Corlon Barnes act as a third party custodian as discussed in open court and that Mr. Wilson shall remain in the custody of Ms. Barnes the entire time he is released; it is further,

ORDERED, that Mr. Wilson shall not use the telephone, cellular telephone, internet, drive a motor vehicle, or have contact with any other individual aside from family members and those persons who are in attendance at the funeral while he is on release; it is further,

ORDERED, that Mr. Wilson surrender himself to the custody of the Sacramento County Jail no later than 5:00 p.m. on Saturday, April 12, 2008.

**IT IS SO ORDERED.**

By the Court,

Dated: April 11, 2008

_Dale A. Drozd_
The Honorable Dale A. Drozd
U.S. Magistrate Judge