DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR- 0148 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| REGINALD WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

_____

   This case is currently scheduled for a status hearing on June 2, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and investigation to prepare a defense in the case.

   The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 2, 2008, be continued until July 14, 2008.  In addition, the parties stipulate that the time period from June 2, 2008, to July 14, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

   A proposed order is attached and lodged separately for the court's convenience.

1

DATED: May 28, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Carolyn Delaney | /s/ Lexi Negin |
| CAROLYN DELANEY | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Reginald Wilson |

# O R D E R

For the reasons set forth in the stipulation of the parties, filed on May 28, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for June 2, 2008, be vacated and that the case be set for Monday, July 14, 2008 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 28, 2008 stipulation, the time under the Speedy Trial Act is excluded from June 2, 2008, through July 14, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 28, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE