DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR-0148 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| REGINALD WILSON, | ) | |
| Defendant. | ) | |

_____

    This case is currently scheduled for a status hearing on July 14, 2008.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and investigation to prepare a defense in the case.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 14, 2008, be continued until August 4, 2008 at 10:00 a.m..  In addition, the parties stipulate that the time period from July 14, 2008, to August 4, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

///

1  DATED: July 9, 2008

                    Respectfully submitted,

McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney               Federal Defender


 /s/Lexi Negin for Kyle Reardon       /s/ Lexi Negin
KYLE REARDON                         LEXI NEGIN
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for Reginald Wilson


IT IS SO ORDERED.


Dated: July 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE