DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR- 0148 FCD |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| REGINALD WILSON, | ) | |
| Defendant. | ) | |

    This case is currently scheduled for a status hearing on October 6, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and investigation to prepare a defense in the case.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 6, 2008, be continued until November 17, 2008. In addition, the parties stipulate that the time period from October 6, 2008, to November 17, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

1 | DATED: October 1, 2008

Respectfully submitted,

McGREGOR W. SCOTT  DANIEL BRODERICK
United States Attorney  Federal Defender


 /s/ Lexi Negin for   /s/ Lexi Negin
KYLE REARDON  LEXI NEGIN
Assistant U.S. Attorney  Assistant Federal Defender
Attorney for United States  Attorney for Reginald Wilson


IT IS SO ORDERED:

Dated: October 1, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2