DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR-148 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| REGINALD WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on November 17, 2008. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and investigation to prepare a defense in the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for November 17, 2008, be continued until December 15, 2008. In addition, the parties stipulate that the time period from November 17, 2008, to December 15, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

///

1

1  DATED: November 12, 2008

Respectfully submitted,

| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

 /s/ Lexi Negin for                    /s/ Lexi Negin
KYLE REARDON                          LEXI NEGIN
Assistant U.S. Attorney               Assistant Federal Defender
Attorney for United States            Attorney for Reginald Wilson

IT IS SO ORDERED:

DATED:  November 12, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2