| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | REGINALD WILSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08-CR- 148 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| | ) | |
| REGINALD WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a status hearing on March 30, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and investigation to prepare a defense in the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for March 30, 2009, be continued until May 4, 2009. In addition, the parties stipulate that the time period from March 30, 2009, to May 4, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

1

| | | |
|---|---|---|
| 1 | DATED: March 27, 2009 | |
| 2 | | |
| 3 | Respectfully submitted, | |
| 4 | LAWRENCE G. BROWN<br>Acting United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| 5 | | |
| 6 | /s/ Lexi Negin for | /s/ Lexi Negin |
| 7 | KYLE REARDON<br>Assistant U.S. Attorney<br>Attorney for United States | LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Reginald Wilson |

|   |                                                                                                                      |
|---|----------------------------------------------------------------------------------------------------------------------|
|   | IN THE UNITED STATES DISTRICT COURT                                                                                  |
|   | FOR THE EASTERN DISTRICT OF CALIFORNIA                                                                               |

| UNITED STATES OF AMERICA, | ) CASE NO. 08-CR- 148 FCD |
|---|---|
| Plaintiff, | ) ORDER CONTINUING STATUS HEARING |
| | ) AND EXCLUDING TIME PURSUANT TO THE |
| v. | ) SPEEDY TRIAL ACT |
| REGINALD WILSON, | ) |
| Defendant. | ) |

For the reasons set forth in the stipulation of the parties, filed on March 27, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for March 30, 2009, be vacated and that the case be set for Monday, May 4, 2009 at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 27, 2009 stipulation, the time under the Speedy Trial Act is excluded from March 30, 2009, through May 4, 2009, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: March 27, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE