DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
REGINALD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-CR-148 FCD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING AND TO EXCLUDE TIME |
| ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| ) | |
| REGINALD WILSON, ) | |
| ) | |
| Defendant. ) | |

_____

This case is currently scheduled for a status hearing on August 17, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and continued meetings to discuss resolution of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 17, 2009, be continued until September 8, 2009. In addition, the parties stipulate that the time period from August 17, 2009, to September 8, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A), (B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare. The parties further stipulate that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

/ / /

/ / /

1

DATED: August 11, 2009

Respectfully submitted,

| LAWRENCE G. BROWN | DANIEL BRODERICK |
| Acting United States Attorney | Federal Defender |

 /s/ Lexi Negin for Kyle Reardon         /s/ Lexi Negin
KYLE REARDON                              LEXI NEGIN
Assistant U.S. Attorney                   Assistant Federal Defender
Attorney for United States                Attorney for Reginald Wilson

**IT IS SO ORDERED.**

DATED: August 11, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2